IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 12-cv-01641-MSK-MEH | Date:   October 10, 2012 |
| Courtroom Deputy: Ellen E. Miller | **FTR – Courtroom A501** |

PATRICK COLLINS, INC.,                             Jason A. Kotzker

     Plaintiff,

vs.

JOHN DOES 1-23,                                    Kubir A. Lalchandani  (by telephone)
                                                  Counsel for John Doe 11

     Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in session:**   10:00 a.m.
Court calls case.  Appearances of counsel.

Opening statements by the Court.
The Court raises John Doe 11's Motion for Reconsideration of Order on Motion to Quash Subpoena [Docket No. 24, filed September 25, 2012] for discussion.

**ORDERED:**   John Doe 11's  Motion for Reconsideration of Order on Motion to Quash Subpoena [Docket No. **24**, filed September 25, 2012] is DENIED for reasons as set forth on the record.

Plaintiff anticipates issuing future subpoenas out of Colorado.  Plaintiff's counsel will consult with his client to determine if the subpoena from New Jersey may be voluntarily withdrawn.

Hearing concluded.

**Court in recess:**    10:23 a.m.
**Total time in court:**   00:23