IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01641-WYD-MEH

PATRICK COLLINS, INC.,

    Plaintiff,

v.

JOHN DOES 1-2, 4-6, 8-13, 15, 17-23,

    Defendants.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe Defendants 1, 2, 4, 5, 6, 8, 9, 10, 11, 12, 13, 15, 17, 18, 19, 20, 21, 22 & 12 (ECF No. 45) filed on August 14, 2013, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is

ORDERED that Defendant John Does 1, 2, 4, 5, 6, 8, 9, 10, 11, 12, 13, 15, 17, 18, 19, 20, 21, 22, and 23 are **DISMISSED WITHOUT PREJUDICE**.  Since all Defendants have been dismissed, this case is terminated.

    Dated:  August 14, 2013

                                          BY THE COURT:


                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Senior United States District Judge